# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO PAGAN,<br>　　　　　Petitioner,<br>　　v.<br>CHRISTEN PFEIFFER, Warden,<br>　　　　　Respondent. | Case No. 17-cv-06466-JST (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges convictions he suffered in the Sacramento County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith. In view of the transfer, the Court will not rule upon petitioner's application for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: January 31, 2018

JON S. TIGAR
United States District Judge